SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NIKOLAY BARKHATOV, <br>     Petitioner, <br> v. <br> ROSEMARY MELVILLE, District Director, U.S. Citizenship and Immigration Services, San Francisco District; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; MICHAEL CHERTOFF, U.S. Secretary of Homeland Security, and ROBERT S. MUELLER, III, Director, Federal Bureau of Investigations; <br>     Respondents. | No. C 07-3172 EDL <br><br> **PARTIES' CONSENT TO MAGISTRATE JUDGE JURISDICTION** |

    In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Petitioner and the Respondents in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

///

///

Consent to Magistrate Jurisdiction
C 07-3172 EDL                1

| | | |
|---|---|---|
| 1 | Date: August 14, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | _____/s/_____<br>EDWARD A. OLSEN |
| 5 | | Assistant United States Attorney<br>Attorneys for Respondents |
| 6 | | |
| 7 | | |
| 8 | Date: August 14, 2007 | _____/s/_____<br>ROBERT BAIZER<br>Attorney for Petitioner |

Consent to Magistrate Jurisdiction
C 07-3172 EDL                                    2