1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Respondents
8

9                  UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12 NIKOLAY BARKHATOV,                    )
                                         )  No. C 07-3172 EDL
13              Petitioner,              )
                                         )
14         v.                            )  **STIPULATION TO DISMISS AND**
                                         )  **[▓▓▓▓▓▓▓▓] ORDER**
15 ROSEMARY MELVILLE, District Director, )
   U.S. Citizenship and Immigration Services, )
16 San Francisco District;               )
   EMILIO T. GONZALEZ, Director, U.S.    )
17 Citizenship and Immigration Services; )
   MICHAEL CHERTOFF, U.S. Secretary of   )
18 Homeland Security, and                )
   ROBERT S. MUELLER, III, Director,     )
19 Federal Bureau of Investigations;     )
                                         )
20              Respondents.             )
                                         )
21

22      Petitioner, by and through his attorney of record, and Respondents, by and through their

23 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

24 entitled action without prejudice in light of the fact that the United States Citizenship and

25 Immigration Services is now prepared to adjudicate petitioner's application for naturalization and

26 agrees to adjudicate such application within 30 days of the dismissal of this action.

27      Each of the parties shall bear their own costs and fees.

28 ///

Stipulation for Dismissal
C 07-3172 EDL                            1

1    Date: August 14, 2007                        Respectfully submitted,

2                                                 SCOTT N. SCHOOLS
                                                  United States Attorney
3

4                                                        /s/
                                                  EDWARD A. OLSEN
5                                                 Assistant United States Attorney
                                                  Attorneys for Respondents
6

7

8    Date: August 14, 2007                               /s/
                                                  ROBERT BAIZER
                                                  Attorney for Petitioner
9

10                                      **ORDER**

11          Pursuant to stipulation, IT IS SO ORDERED.

12
     Date:      August 20, 2007

13                                                ELIZABETH D. LAPORTE
                                                  United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation for Dismissal
C 07-3172 EDL                                 2